# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## OHIO SUPREME COURT

### WEEKLY REPORT OF NEW CASES DOCKETED

A complete and accurate List of Cases and Decisions Filed and Disposed of in this Court. The cases are Listed, Indexed and Annotated by back references to the place where they have formerly appeared, thus giving their complete record.

### INDEX OF CASES DOCKETED

Clev. CC. & SL. Ry. Co. v. Grafton (vil) 18910
Emery v. State ...................... 18914
Emline v. Penn. Rd. Co. .............. 18921
Firestone v. Bates ................... 18917
Longhend Co. v. Hollenkamp.... 18911, 18912
Maxedon v. Stark .................... 18919
Red Eagle Bus. Co. v. Warner ........ 18913
Sales v. La Fountaine................. 18920
State ex v. Deckebach ................ 18918
State ex v. Ferranto ................. 18916
State ex v. Phillips ................. 18915
State v. Marcenik ................... 18909
Willey, exr. v. Willey............... 18908

**January 15**

18908—Alvia T. Willey, as Executor of John H. Willey, decd., v. Margaret Jane Willey; motion to Licking Appeals to certify its record. S. C. Russell, E. S. Randolph and Chas. C. Cooper, Newark, for plaintiff; Fitzgibbon, Montgomery & Black, Newark, for defendant.

18909—State of Ohio v. Frank Marcenik; motion to file petition in error to Harrison Appeals. John C.; Sharon, Pros. Atty., and F. B. Grove, Cadiz, for plaintiff; Jno. D. Gardner, Steubenville, and Barclay W. Moore, Cadiz, for defendant.

18910—Cleveland, Cincinnati, Chicago & St. Louis Railway Co. v. The Treasurer and Auditor of Lorain County, Ohio, and the Village of Grafton, Ohio; motion to Lorain Appeals to certify. H. C. Johnston, Elyria, and H. N. Quigley, Cincinnati, for plaintiff; J. K. Nece and Findley & Meyers, Elyria, for defendants.

18911—The C. W. Longhend Co. v. Leo George Hollenkamp; motion to Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for plaintiff; Littleford & Ballard, Cincinnati, for defendant.

18912—The C. W. Longhend Co. v. Hazel Hollenkamp; motion to Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadley, Cincinnati, for plaintiff; Littleford & Ballard, Cincinnati, for defendant.

**January 16**

18913—Red Eagle Bus Co. v. Edward Warner; motion to Tuscarawas Appeals to certify. Buchanan, Reed & Russell, New Philadelphia, for plaintiff; Geo. H. Smith, New Comerstown, and E. E. Lindsey, New Philadelphia, for defendant.

18914—Chas. S. Emery v. State of Ohio; motion to file petition in error to Lucas Appeals. Allen J. Seney, Toledo, for plaintiff; Roy R. Stuart, Pros. Atty., Toledo, for defendant.

18915—State of Ohio ex rel Cloyd J. Brotherton, as a taxpayer v. Clement R. Phillips, County Auditor of Allen County. In Manda-

mus. Cloyd J. Brotherton and J. K. Rockney, Lima, for plaintiff; C. W. Long, for defendant.

18916—State of Ohio v. Cosmo Ferranto; motion to file petition in error to Cuyahoga Appeals. Edw. C. Stanton, Pros. Atty., and Henry J. Williams, Asst. Pros. Atty., for plaintiff; Geo. D. Costello, for defendant.

18917—Jacob H. Firestone v. George D. Bates, Trustee in Bankruptcy of the Portage Rubber Co.; motion to Medina Appeals to certify. Turner, Ake, Abt & Gnau, Canton, for plaintiff; W. E. Young and Arthur Van Epp, Medina, for defendant.

**January 17**

18918—State of Ohio ex rel Otiochi Fukushima v. Alfred F. Deckebach, as Auditor of Cincinnati; In Mandamus. Geo. S. Hawke, for plaintiff.

**January 19**

18919—Thomas V. Maxedon v. Edgar Stark, as Executor of John Bryan; motion to Hamilton Appeals to certify. T. V. Maxedon, for plaintiff; W. S. Little, for defendant; both of Cincinnati.

18920—Alexander Sales v. John La Fountaine; motion to Tuscarawas Appeals to certify. Bridge & Hare, Dennison, for plaintiff; Homer I. N. Stafford, New Philadelphia, for defendant.

### WEEKLY REPORT OF SUPREME COURT PROCEEDINGS

#### Tuesday, January 20
#### CASES DECIDED

Penna. Rd. Co. v. Public Util. Comm..... 18763
State, ex. v. Phillips: 1.............. 18915
Ballard Sales Co. v. Stone............ 18850
Cent. Nat. Bank v. Sterling Welch Co.. 18845
Lowe, Assnee. v. Tire Clearing H. Co.... 18851
Oppenheimer v. Screw Mach. Prod. Co.. 18848
Penna. Rd. Co. v. P. U. Comm.......... 18763
Rolf v. Heil ........................ 18841
Scioto Val. Ry. & P. Co. v. Rutter...... 18846
Van Pelt v. Beach ................... 18847

#### GENERAL DOCKET

State ex. v. Correill ................. 18869

18763—Pennsylvania Rd. Co. v. Public Utilities Commission; error to Commission. Dismissed. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur. Dock. 8-18-24, 2 Abs. 516.

18915—State, ex rel Cloyd M. Brotherton v. Clement R. Phillips, County Auditor of Allen County. In Mandamus. Alternative writ denied. Marshall, C. J., Day, Allen and Kinkade, JJ., concur. Dock. 1-20-25, 3 Abs. 50.

#### MOTION DOCKET

18763—Pennsylvania Rd. Co. v. Public Utilities Commission of Ohio. Motion by defendant to strike petition in error from files. Sustained. Dock. 8-18-24, 2 Abs. 516.

18841—Hazel L. Rolf v. Andrew Heil. Cuyahoga Appeals, motion to certify. Allowed. Dock. 11-29-24, 2 Abs. 752; OA., 2 Abs. 759.

18845—Central National Bnk. Sav. & Tr. Co. v. Sterling Welch Co. Cuyahoga Appeals, motion to certify. Overruled. Dock. 12-1-24, 2 Abs. 754.